Alvin Detig, Plaintiff-Appellee, v. Frank C. Kelley, Executor of Estate of Marie H. Kelley, Deceased.

Gen. No. 11,138.

Second District, Second Division.

June 3, 1958.

Released for publication June 21, 1958.

Maynard & Maynard, for appellant; Barrick & Jackson, for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.